IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REBECCA J. BERRY, )
 )
        Plaintiff, )
 )
vs. ) Civil No. 18-cv-1138-CJP
 )
COMMISSIONER of SOCIAL SECURITY, )
 )
        Defendant. )
 )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 20), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Rebecca J. Berry and against defendant Commissioner of Social Security.

DATED:    March 1, 2019

                                         **MARGARET M. ROBERTIE**
                                         **Clerk of Court**

                                         **BY:**   **s//Angie Vehelwald**
                                                            **Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. Magistrate Judge**